UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DARREN LEE DILLINGHAM,<br><br>Defendant. | 2:11-cr-311-GMN-VCF<br><br><br><br>ORDER |

The Court granted Raquel Lazo's sealed "Ex Parte Motion to Withdraw as Counsel for Defendant" (#35) on February 29, 2012. Therefore;

IT IS HEREBY ORDERED that Brett O. Whipple, Esq. is appointed as counsel for Darren Lee Dillingham in place of the Federal Public Defender for all future proceedings.

The Federal Public Defender shall forward the file to Mr. Whipple forthwith.

DATED this 29th day of February, 2012.

CAM FERENBACH
United States Magistrate Judge